■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES JOHNSON, Appellant, v THEODORE REID, as Superintendent of Fishkill Correctional Facility, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Braatz, J.), dated September 30, 1985, which dismissed the proceeding.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The petitioner has been released from custody, and is, therefore, not entitled to the extraordinary relief of habeas corpus *(see, People ex rel. Julio v Walters,* 58 NY2d 881; *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Owens v Sullivan,* 128 AD2d 572; *People ex rel. Lublin v New York State Div. of Parole,* 128 AD2d 746; *People ex rel. Kitchen v Sullivan,* 121 AD2d 415). Thompson, J. P., Kunzeman, Eiber, Spatt and Balletta, JJ., concur.

(April 17, 1989)

■ ISOBEL ADINOLPHI, Appellant, v MELVIN ADINOLPHI, Respondent.—In a support proceeding pursuant to Family Court Act article 4, the petitioner appeals from an order of the Family Court, Kings County (Deutsch, J.), dated May 12, 1986, which, in effect, dismissed an application, *inter alia,* to increase support payments.

Ordered that the order is affirmed, without costs or disbursements.

The record supports the Family Court's denial of the petitioner's application, *inter alia,* for increased support. Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.